No. 209. EMICH MOTORS CORP. ET AL. *v.* GENERAL MOTORS CORP. ET AL. It is ordered that the concluding paragraph of the opinion of this Court in this case be amended to read as follows: "The case is remanded to the Court of Appeals with directions to modify its judgment to conform with this opinion." It is further ordered that the judgment of this Court entered on February 26, 1951, be amended accordingly. MR. JUSTICE MINTON took no part in the consideration or decision of this question.

[The opinion is reported as amended, *ante,* p. 558, the change being at p. 572.]

No. 414. MCMAKIN ET AL., TRUSTEES, *v.* CITY OF RICHLAWN ET AL. Petition for writ of certiorari to the Court of Appeals of Kentucky dismissed for failure to comply with the rules.

No. 320, Misc. IN RE JERONIS. The motion for leave to file petition for writ of habeas corpus and certiorari and the petition for appeal are denied.

No. 358, Misc. BIGGS *v.* SULLIVAN ET AL. The motion for leave to file petition for writ of mandamus and the petition for temporary restraining order are denied.

No. 370, Misc. HULL *v.* FRISBIE, WARDEN. The motion for leave to file petition for writ of certiorari is denied.